# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CHARLES R. BURHARP, | Case No. EDCV 04-01539-JWJ |
| Plaintiff, | JUDGMENT |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is remanded to the Commissioner for further proceedings in accord with this Court's order of remand.

DATED:  June 22, 2006

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge